**MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, Esq. (SBN 229124)
gwade@majfw.com
Sara D. Avila, Esq. (SBN 263213)
savila@majfw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 396-9600
Facsimile:  (310) 396-9635

**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam, Esq.
rpulliam@cbplaw.com
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone:   (501) 312-8500
Facsimile:   (501) 312-8505

*Attorneys for Plaintiff ARCARE d/b/a Parkin Drug Store and Bald Knob Medical Clinic*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCARE d/b/a PARKIN DRUG STORE AND BALD KNOB MEDICAL CLINIC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIORX LABORATORIES, INC.,<br><br>Defendants | Case No. 2:16-cv-02804-PA-AGR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff ARCARE d/b/a PARKIN DRUG STORE AND BALD KNOB MEDICAL CLINIC ("Plaintiff") submits this voluntary dismissal with prejudice of its individual claims against Defendant BIORX LABORATORIES, INC. ("Defendant"). Defendant has not served an answer or a motion for summary judgment. Each party shall bear its own costs and attorneys' fees.

Dated: August 24, 2016

**MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP**

By: /s/Gillian L. Wade
   Gillian L. Wade
   Sara D. Avila

Randall K. Pulliam, Esq.
**CARNEY BATES & PULLIAM, PLLC**

*Attorneys for Plaintiff*